568

**UNITED STATES ex rel. KALOUDIS v. SHAUGHNESSY.**

No. 272, Docket No. 22414.

United States Court of Appeals
Second Circuit.

July 18, 1952.

Lebovici & Safir, New York City, Harold D. Safir, New York City, of counsel, for relator-appellant.

Myles J. Lane, U. S. Atty., New York City, William J. Sexton, Asst. U. S. Atty., and Lester Friedman, Atty. Immigration and Naturalization Service, New York City, of counsel, for respondent-appellee.

Before AUGUSTUS N. HAND, CLARK and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on opinion of Noonan, J., 106 F.Supp. 483.